NO. 07-11-00340-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

MARCH 13, 2012

_____

IN THE INTEREST OF S.M.G. AND H.D.W., CHILDREN

_____

FROM THE 251ST DISTRICT COURT OF RANDALL COUNTY;

NO. 59,060-C; HONORABLE JAMES ANDERSON, JUDGE

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

In this appeal from an order terminating the parent-child relationship existing between appellant J.W. and his daughters S.M.G. and H.D.W., appellant asserts the trial court reversibly erred by failing to appoint counsel to represent him at the termination hearing.

Appellee the Texas Department of Family and Protective Services sought relief including termination of appellant's parental rights in a petition filed in February 2010. The case reached final hearing in July 2011.

In response to appellant's brief raising a single issue, the Department has filed a motion which, after notice, we have treated as its appellee's brief. In it, the Department notes our opinion in *In re J.M.*, No. 07-11-0339-CV, 2012 Tex. App. Lexis 904

(Tex.App.--Amarillo Feb. 1, 2012, n.p.h.), and based on our holding in that case concedes the trial court reversibly erred. After review of the record, we agree the circumstances presented are sufficiently similar to those in *In re J.M.* to require reversal here as well. Accordingly, we sustain appellant's issue, reverse the trial court's judgment and remand the case.

Per Curiam